UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-00269-CJC(RNBx) | Date | May 7, 2009 |
|---|---|---|---|
| Title | Jeffrey A. Matzek & Associates v. KTGY Group Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE STAY IN LIGHT OF NOTICE OF BANKRUPTCY

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than May 21, 2009, why this action should not be STAYED as to all defendants in light of the Notice of Chapter 11 Bankruptcy Stay as to Defendant Cameo Homes filed on April 15, 2009.

No oral argument of this matter will be heard unless ordered by the Court. The matter will stand submitted upon the filing of a response to the Court's order to show cause.

_____ : 0

Initials of Preparer   mu